UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| INCASE DESIGN CORP.,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>              Defendant. | Court No. 14-00102, etc.<br>(as per attached schedule) |

**JOINT STATUS REPORT**

In accordance with the Court's August 26, 2022 order, the parties hereby jointly provide the Court with the status of the actions identified above and in the attached Schedule.

Plaintiff has reviewed each case to determine which products and entries may be appropriate for stipulation and which entries should be abandoned. That information has been provided to the Defendant. In addition, Plaintiff has provided the Defendant with proposed stipulations and information to assist in determining the stipulability of claims for certain articles in Court Nos. 14-00102, 14-00299, 15-00144, 16-00026, and 16-00181. Plaintiff is currently coordinating with Government counsel to arrange a meeting with representatives of U.S. Customs & Border Protection to address any further questions concerning the composition and construction of the subject merchandise. The parties intend to continue to work together in an effort to expeditiously determine whether these matters can be resolved without further litigation.

**JOINT STATUS REPORT**					**Court No. 14-00102, etc.**

    The parties will, within ninety (90) days of this status report, either file with the Court stipulations of judgments for each case, or file another joint status report advising the Court of the status of the actions.

Respectfully submitted,

By: /s/ Heather Litman  
    Erik Smithweiss  
    Robert B. Silverman  
    Heather Litman  
    GRUNFELD, DESIDERIO,  
    LEBOWITZ, SILVERMAN &  
    KLESTADT LLP  
    599 Lexington Avenue  
    36th Floor  
    New York, New York 10022  
    Tel.: (212) 557-4000  

    Attorneys for Plaintiff

BRIAN M. BOYNTON  
Principal Deputy Assistant  
Attorney General  

PATRICIA M. McCARTHY  
Director  

By: _/s/ Justin R. Miller_  
    JUSTIN R. MILLER  
    Attorney-In- Charge  
    International Trade Field Office  

By: _/s/ Beverly A. Farrell_  
    BEVERLY A. FARRELL  
    Senior Trial Attorney  
    International Trade Field Office  
    Civil Division, Dept. of Justice,  
    Commercial Litigation Branch  
    International Trade Field Office  
    26 Federal Plaza - Suite 346  
    New York, New York 10278  
    Tel.: (212) 264-9230/0483  
    Attorneys for Defendant  

Date: November 18, 2022

**JOINT STATUS REPORT** **Court No. 14-00102, etc.**

## SCHEDULE OF CASES

| Plaintiff | Court No. |
|---|---|
| Incase Design Corp. | 14-00102 |
| Incase Design Corp. | 14-00299 |
| Incase Design Corp. | 15-00144 |
| Incase Design Corp. | 16-00026 |
| Incase Design Corp. | 16-00181 |

11366215_1