UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| INCASE DESIGN CORP., | : |
| Plaintiff, | : |
| v. | : Court No. 14-00102, etc. |
| | : (as per attached schedule) |
| UNITED STATES, | : |
| Defendant. | : |

## **JOINT STATUS REPORT**

In accordance with the Court's February 12, 2024, orders, the parties hereby jointly provide the Court with the status of the actions identified above and in the attached Schedule.

Plaintiff has reviewed each case to determine which products and entries may be appropriate for stipulation and which entries should be abandoned. That information has been provided to the Defendant. In addition, Plaintiff has provided the Defendant with a proposed alternative basis for settling these cases in a manner which addresses concerns the Defendant has raised in the past. The parties have met (virtually) to discuss additional information that may be needed to resolve these cases without litigation. In addition, Plaintiff has provided Defendant with representative samples of goods at issue. Plaintiff understands that Defendant has reviewed the samples to determine their material composition and the parties are in the process of preparing stipulations. The parties continue to work together to resolve these matters without further litigation and it is anticipated that the parties should be able to resolve

these matters within the next 90 days.

The parties will, within ninety (90) days of this status report, either file with the Court stipulations of judgments for each case or file another joint status report advising the Court of the status of the actions.

Respectfully submitted,

By: /s/ Heather Litman
Erik Smithweiss
Robert B. Silverman
Heather Litman
GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
707 Wilshire Blvd.
Suite 4150
Los Angeles, CA 90017
Tel.: (213) 624-1970
Attorneys for Plaintiff

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

By: _____
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By: _____
BEVERLY A. FARRELL
Senior Trial Attorney
International Trade Field Office
Civil Division, Dept. of Justice,
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza - Suite 346
New York, New York 10278
Tel.: (212) 264-9230/0483
Attorneys for Defendant

Date: May 9, 2024

## SCHEDULE OF CASES

| Plaintiff | Court No. |
|---|---|
| Incase Design Corp. | 14-00102 |
| Incase Design Corp. | 14-00299 |
| Incase Design Corp. | 15-00144 |
| Incase Design Corp. | 16-00026 |
| Incase Design Corp. | 16-00181 |

3