## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **INCASE DESIGN CORP.,**<br><br>    **Plaintiff,**<br>v.<br><br>**UNITED STATES,**<br><br>    **Defendant.** | **Before: Claire R. Kelly, Judge**<br><br>**Court No. 16-00181** |

## ORDER

Upon consideration of the parties' joint status report advising the Court of the parties' settlement negotiations, <u>see</u> ECF No. 42, it is

**ORDERED** that the parties shall file either a stipulation of judgment or a joint status report advising the Court of the status of this action on or before Thursday, August 8, 2024.

                                                                             /s/ Claire R. Kelly
                                                                   Claire R. Kelly, Judge

Dated:     May 10, 2024
            New York, New York