UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INCASE DESIGN CORP., <br><br> Plaintiff, <br> v. <br> UNITED STATES, <br><br> Defendant. | Court No. 16-00181 |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, that plaintiff, Incase Design Corp., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
707 Wilshire Blvd., Suite 4150
Los Angeles, CA 90017
Tel. (213) 624-1970
HLitman@gdlsk.com

Dated: December 4, 2024
Los Angeles, CA

By:   /s/ Heather Litman
      Heather Litman

ORDER OF DISMISSAL

Court No. 16-00181, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated: December 4, 2024         By: /s/ Steve Taronji